UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE



FILED

MAY 14 2019

Complaint

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Joseph Johns

2:19-cv-78
Greer/Corker

vs

Hamblen County Sheriff Esco Jarnagin, Hamblen County Police Officer Mr. Ingram, Hamblen County Police Officer #1, Hamblen County Police Officer #2, Hamblen County Police Officer #3 Hamblen County Police Officer #4, Hamblen County Police Officer #5, Hamblen County Mayor Bill Brittain, Morristown City police Officer #1, Morristown City Police Officer #2

I, Joseph Johns, being a citizen of the United States wish to file this lawsuit against Hamblen County Sheriff Esco Jarnagin, Hamblen County Police Deputy Ingram, Hamblen County police officer #1, Hamblen County Police officer #2, Hamblen County Police officer #3, Hamblen County Police officer #4, Hamblen County Police officer #5, Hamblen County Mayor Bill Brittain, Morristown City police officer #1, and, Morristown City police officer #2. I am seeking punitive damages for $50 for intimidating the disabled, so not to, return to a public building, using fraud to intimidate the disabled, intimidation and retaliation spoke about in The Americans Disability Act of 1990 Sec. 12203 {Section 503} (b), using fraud to violate U.S. Constitution Amendment 1, Violation of U.S. Constitution Amendment 14, U.S. Constitution Amendment 5, defamation of my character, fraud, Voter Rights Violation, and Emotional Distress. In the following statements below the court will see these violations.

The day of June 15 2016, I, Joseph Johns, went to 510 Allison St. Morristown TN 37814. I was there to visit my local Sessions Court Clerk's office. I needed to ask our Sessions Court Clerk about government programs that help disabled. I have diabetes; therefore, my life is dependent on diabetic supplies, to include syringes. Because of another disability, named in complaint from here as disability #2, I must have quick access to my syringes to know which disability I am dealing with, diabetes or disability #2. The police officers did not allow me in our public building, 510 Allison St. Morristown Tn. 37814, due to disabilities. This was the first time ever in my life, I was not allowed in a public building. I felt bothered and as if laws had been broken. I sat down on the steps of 510 Allison St. Morristown TN 37814, our public building. I called Morristown city police to file a police report. I waited hours but the police never responded. While waiting on city police, I called highway patrolman twice asking if he could come take a report. The second call the highway patrolman advised me to call Morristown city police back and ask for supervisor. During my wait for police I saw Hamblen County Sheriff coming at me with deputies. I could not believe what was happening. I thought I better turn my audio recorder on because no person would believe what was happening. **(Please See Audio Disc B6)** Hamblen County Sheriff Esco Jarnagin

with deputies pinned me against a wall, surrounding me. I was not touched. Hamblen County Sheriff Esco Jarnagin was so close to me, when I looked up I was under the bill of his cowboy hat. Deputy Ingram's chin was so close it was hovering above my right shoulder, another officer on my left side know in complaint as Hamblen County police officer#1, with two other officers known in complaint as Hamblen County police officer#2 and Hamblen County police officer #3 on each shoulder of the Hamblen County Sheriff Esco Jarnagin. Hamblen County Sheriff Esco Jarnagin then told me how to take care of one of my disabilities. Hamblen County Sheriff Esco Jarnagin also told me it was common sense I was not allowed in our public buildings. During this time I was extremely frightened. My first thought was I to run then thought no because I would have to fight to get unpinned from the wall. I looked down to try to deal with my fear only to stare at the guns on their sides. The Morristown City police not responding to my call, allowed this attack to happen. When Morristown City police officer #1 and Morristown City police officer #2 arrived, the city officers told me I could not file a police report. As soon as I was home I wrote down what happen. **(Please See Attachment B1)** For a year I woke in the middle of night jumping out of bed thinking of the intimidation tactic attack. After a year of emotional distress, June 26, 2017 to try to deal with my emotional distress, I returned to 510 Allison St. Morristown TN 37814. I was there to watch public government functions, because of the attack on June 15, 2016, I was prepared with my prescription labels and identification. I was attacked again entering 510 Allison St. Morristown Tn. 37814 on June 26, 2017. The door was busy. I stepped to the side to allow others to go ahead of me. Hamblen County police officer #4 was called so he could search me. When Hamblen County police officer #4 arrived with Hamblen County police officer #5, Hamblen County police officer #4 assaulted me using intimidation tactics. Hamblen County police officer #4 placed his elbow on one of my shoulders while his arm went across my chest and his hand went to my other shoulder. Again I was in great fear! I tried to think of a way to get unpinned from corner of wall and coke machine by police with guns, I thought to smile hoping it would calm situation. When I smiled Hamblen County police officer #4 asked why are you smiling. The day after this attack I went to speak with Hamblen County Mayor about the two attacks. Because of fear from the first attack on June 15, 2016 I could not go to the mayor's office. After second assault on June 27, 2017, fear or not, I wanted and had to deal with the first attack and second attack/assault. During meetings with the Hamblen County Mayor Bill Britain, he decided to write a county policy **(Please See Attachment B2)** naming me alone Joseph A Johns has diabetes and is allowed access to public buildings. The second paragraph in that policy, I believe the subject is still open. Sitting intimidated by the previous Hamblen County police officer attacks, I wanted to remain respectful in his office, I told him thank you. I also turned in a request for a copy of Hamblen County's diabetic policy and video of June 26, 2017 attack/assault. **(Please See Attachment B3 and B4)** While walking out to my car looking at the county policy it caused me to become emotionally distressed, that our county had to come up with a private policy, then cried thinking because I was born with my life dependent on needles my community had to make a policy just for me. I wrote the Hamblen County Mayor and Commissioners a letter detailing about the attacks. **(Please See Attachment B5)** I wanted to mail the public video to Hamblen County Commissioners and Hamblen County Mayor so they could view the attacks and then speak with commissioners and mayor about ways not to allow this to happen to other people with disabilities. When I received the video from Hamblen County Mayor's office I went home to view. **(Please See Video B6)** Because of emotional distress, I knew I could not sit and watch the attack. I thought I could skim very quickly through video and see the attack. When I skimmed quickly

through video the attack was not there. I was very emotionally distressed. I felt my local government was trying to take advantage of my disability #2, retaliate, and intimidate with fraud. I was also very scared realizing my local government has lied with video to cover a crime! I took video out of personal computer, walked to room and put video in drawer crying scared. If my local government can and will break laws and lie to hide them, what lies will they tell to make me a criminal? I was never given the opportunity to confront Hamblen County Commissioners or Hamblen County Mayor with attack #2 because of the fraudulent video. I spoke with Hamblen County Mayor about the June 26, 2017 assault on June 27, 2017, the fraudulent video never shows assault. I felt the local government was trying to take advantage of disability #2 with fraudulent video. I rarely if ever spoke of assault that happen, the June 26, 2017 fraudulent video shows no assault. The courts can look at the speech I made to county commissioners at a public county commissioners meeting. **(Please See Attachments B7, B8, B9, B10, B11, B12)** I had to come up with a speech. I had already made the appointment to speak at the public county commission meeting. The fraud video kept me from speaking my truth and caused disbelief in myself. March 26, 2019 I watched the fraudulent video of my attack for 6 hrs so I would be able to prove my mind was ok and video was, in fact, fraudulent. If given opportunity, in federal court, I can show said video is fraudulent. Due to intimidation tactics by the Hamblen County Government my emotional distress has been great. Every day I have woken up thinking about intimidation attacks rejecting to myself what happen thinking surely our county commissioners have passed a policy changing the rules about access to our public buildings. I would wrestle with this thought for days or months, then go to our mayor's office requesting public documents that may have allowed the actions our local government has taken.**(Please See Attachment**s B13, B14) Taking advantage of disability #2 using fraud to intimidate and retaliate has made me question my own mind. I believe my voter rights were violated cause of diabetes, I have not had the same opportunity as other voters to watch our elected officials at work during public functions. I spoke at a Hamblen County commissioner meeting. I am bothered wondering because of fraud video, how many commissioners questioned my mind during my public speech.

I was able to drive as a licensed driver for twenty four years with one disability, fourteen years with disability#2. In 2017, I received a letter from Tennessee Department of Safety concerning my health. The Department of Tennessee letter said due to health my license would be suspended. Before the intimidation tactics by Hamblen County police officers and Hamblen County Sherriff Esco Jarnigan I had only been reviewed by the Social Security Administration for disability once in ten years. In 2018, I received a letter from the Social Security Administration wanting to review only a year after the first review was done June 2016 to 2018. I believe it to be odd timing, I would receive these letters the same time Hamblen County Sherriff Esco Jarnigan was stalking me. I was mowing my yard one day I look up there is Esco Jarnagin and his wife turning around in my neighbor's driveway. I have never seen people turn their head and look straight ahead that fast. I believe my license and Social Security Administration review was due to retaliation by Esco Jarnagin. Retaliation like this is mentioned in The Americans Disability Act of 1990 Sec. 12203 [Section 503] (b) I always knew I was sick. I never knew I was different until June 15, 2016

Joseph A. Johns  
5/14/19  
608 Crestwood Dr.  
Morristown TN 37814