UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOSEPH JOHNS,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        No. 2:19-CV-00078-JRG-SKL
                                       )
HAMBLEN COUNTY SHERIFF ESCO            )
JARNAGIN et al.,                       )
                                       )
        Defendants.                    )

## ORDER

On August 30, 2019, the Court ordered Plaintiff Joseph Johns, who is acting pro se, to show good cause for failing to execute service of process within Federal Rule of Civil Procedure 4(m)'s ninety-day deadline. *See* Fed. R. Civ. P. 4(m) (stating that if a plaintiff can show "good cause" for failing to effect service, "the court must extend the time for service for an appropriate period"). The Court warned Mr. Johns that his failure to comply with the Court's order would result in the dismissal of this case without further notice. Mr. Johns, however, has not responded to the Court's order, and the deadline for doing so has now lapsed. [Order, Doc. 10, at 2].

Because Mr. Johns has not responded to the Court's order, it is hereby **ORDERED** that this case is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 4(m) (stating that, without a showing of good cause, a court "must dismiss the action without prejudice" if a plaintiff fails to execute service within ninety days of filing his complaint); *see Gardner v. United States*, No. 97-5469, 1999 WL 232693, at *2 (6th Cir. Apr. 15, 1999) ("[A] court may properly dismiss a *pro se* litigant's case for failure to comply with the court's order where the court puts the *pro se* party on notice that failure to comply will result in dismissal." (citing *Harris v. Callwood*, 844 F.2d 1254, 1256 (6th Cir. 1997))). The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE